**Order entered April 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01423-CV

**INTERNATIONAL FIDELITY INS. CO., Appellant**

**V.**

**THE DALLAS COUNTY BAIL BOND BOARD, ACCREDITED CASUALTY & SURETY COMPANY, INC., MARK TOLIVER, II, AGENT D/B/A DAVID'S BAIL BONDS AND MARK TOLIVER, II, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16793**

## ORDER

Before the Court is appellees' April 19, 2019 opposed motion to supplement the clerk's record. We **GRANT** the motion and **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than May 3, 2019, a supplemental clerk's record containing a copy of the March 14, 2019 affidavit of Scott Walstad, Presiding Officer of Dallas County Bail Bond Board.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     KEN MOLBERG
        JUSTICE